ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Christina.Mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00232 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| DAVEY WAYNE HUDSON, | |
| Defendant. | |

On July 6, 2018, the parties appeared before this Court for the first status conference following arraignment on the Indictment. With the agreement of the parties, the Court entered an order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from July 6, 2018 to August 31, 2018. The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, to review existing and forthcoming discovery with Mr. Hudson, and to conduct a review of the forensic evidence. For these reasons, the parties agreed that time is excludable between July 6, 2018 to August 31, 2018,

//
//
//
//

STIP. REQUEST TO EXCLUDE TIME

pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: July 9, 2018                                  Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

  */s/ Christina McCall*                                */s/ David Rizk*
                                                       David Rizk
CHRISTINA McCALL                                       Attorney for Davey Wayne Hudson
Assistant U. S. Attorneys

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by defense counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from July 6, 2018 to August 31, 2018.

IT SO ORDERED.

DATED: July 9, 2018

_____
The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME