IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVEY WAYNE HUDSON, <br> Defendant. | Case No.: CR 18–232 JST <br><br> **[PROPOSED]** ORDER TO CONTINUE STATUS CONFERENCE |

Pursuant to the parties' Stipulation, it is hereby ORDERED that the status conference previously scheduled for November 2, 2018 at 9:30 a.m. is hereby continued to November 30, 2018 at 9:30 a.m. For good cause shown, pursuant to facts set forth in the parties' Stipulation, time is excluded for the period between November 2, 2018 through November 30, 2018, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2018



IT IS SO ORDERED

Judge Jon S. Tigar