ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Christina.Mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-00232 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| DAVEY WAYNE HUDSON, | |
| Defendant. | |

On November 30, 2018, the parties appeared before this Court for a trial setting hearing. With the agreement of the parties, the Court agreed to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7)(B)(iv) from November 30, 2018 to March 22, 2019. The parties agreed to the exclusion of time under the Speedy Trial Act. The parties agree that period between November 30 and January 25, 2019 is excludable to allow effective preparation of defense counsel, so that defense counsel may research, write, and file the motion(s). That period of exclusion will also allow continuity of defense counsel, who will be out of the office for substantial parts of the month of December. The parties further agree that the period from January 25, 2019 to March 22, 2019 will be automatically excludable under 18 U.S.C. § 3161(h)(1)(D), after the defendant files the motion(s)

STIP. REQUEST TO EXCLUDE TIME
CR 18-00232 JST

("delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

DATED: December 5, 2018                    Respectfully submitted,

ALEX G. TSE
United States Attorney

  _/s/ Christina McCall_                       _/s/ David Rizk_
                                              David Rizk
CHRISTINA McCALL                              Assistant Federal Public Defender
Assistant U. S. Attorney                      Attorney for Davey Wayne Hudson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by defense counsel, for continuity of counsel, and in the interest of justice, time is hereby excluded from the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7)(B)(iv), from November 30, 2018 to January 25, 2019. Further, the Court FINDS that time will be automatically excludable from the Speedy Trial Act between January 25, 2019 and March 22, 2019, due to the defendant's anticipated filing of the pretrial motion, through the motion hearing, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT SO ORDERED.

DATED: December 4, 2018

IT IS SO ORDERED
Judge Jon S. Tigar