IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18–232 JST |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING SCHEDULE AND HEARING |
| v. | |
| DAVEY WAYNE HUDSON, | |
| Defendant. | |

Pursuant to the parties' Stipulation, it is hereby ORDERED that the briefing schedule and motions hearing shall be continued two weeks, as follows:

|  | Existing Schedule | Revised Schedule |
|---|---|---|
| Deadline for Motions | January 25, 2019 | February 8, 2019 |
| Responses to Motions | February 15, 2019 | March 1, 2019 |
| Replies to Motions | March 1, 2019 | March 15, 2019 |
| Hearing on Motions | March 22, 2019 at 2 p.m. | April 5, 2019 at 2 p.m. |

For good cause shown, pursuant to facts set forth in the parties' Stipulation, time is excluded between January 25, 2019 through February 8, 2019, under 18 U.S.C. § 3161(h)(7)(B)(iv); and between February 8, 2019 through April 5, 2019, under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 25, 2019

_____
HONORABLE JON S. TIGAR
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar