IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVEY WAYNE HUDSON,<br><br>Defendant. | Case No.: CR 18–232 JST<br><br>[PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING |

Pursuant to the parties' Stipulation, it is hereby ORDERED that this matter shall be set for change of plea on February 15, 2019, at 9:30 a.m. Further, for good cause shown, pursuant to facts set forth in the parties' Stipulation, time is excluded between February 8, 2019, through February 15, 2019, under 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
HONORABLE JON S. TIGAR
United States District Judge