STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Davey Hudson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVEY HUDSON<br><br>Defendant. | Case Nos.: CR 18-232-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**<br><br>Court: Courtroom 2, 4th Floor<br>Hearing Date: May 24, 2019<br>Hearing Time: 9:30 a.m. |

Mr. Hudson's case is currently set for sentencing on May 24, 2019. Undersigned defense counsel, however, needs additional time to meet with Mr. Hudson before sentencing and prepare a sentencing memorandum. Additionally, the parties are discussing a potential agreement concerning restitution. Thus, the parties jointly request the sentencing hearing be continued to June 28, 2019 at 9:30 a.m. in the Oakland Courthouse. The assigned probation officer, Jessica Goldsberry, is available that day.

IT IS SO STIPULATED.

Dated: May 17, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
_____
CHRISTINA MCCALL
Assistant United States Attorney

Dated: May 17, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
_____
HANNI M. FAKHOURY
Assistant Federal Public Defender

**~~[PROPOSED]~~ ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the sentencing hearing set for May 24, 2019 and resets it for June 28, 2019 at 9:30 a.m. in the Oakland courthouse.

IT IS SO ORDERED.

DATED: May 20, 2019

_____
HONORABLE JON S. TIGAR
United States District Judge